UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUTURE STAR HOSPITALITY ADVISORS, LLC,<br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　-v-<br><br>LAFRIEDA VEAL AND LAMB CO, INC.,<br>　　　　　　　　　　　Defendant. | 20-CV-2584 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On March 27, 2020, this Court issued an order directing Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction on or before April 17, 2020. (Dkt. No. 6.) There has been no response to this Court's order to date.

Because the complaint does not adequately allege the existence of subject matter jurisdiction, this action is hereby DISMISSED. The Clerk of Court is directed to close the case.

　　　　SO ORDERED.

Dated: April 27, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge